IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRATELLI COSULICH UNIPESSOAL, S.A. f/k/a FRATELLI COSULICH CONSULTADORIA E PARTICIPACOES UNIPESSOAL, LDA,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | **CIVIL ACTION NO. 13-00545-KD-C** |
| v. | ) ) | |
| **SPECIALTY FUELS BUNKERING, LLC,** *et al.,* | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made,[1] the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 4, 2015, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that:

1) the motion to dismiss filed by Defendant Bunkers International Corp. (Doc. 65) is **DENIED.**

2) the motion to dismiss filed by Defendant Specialty Fuels BTU, LLC and Defendant F. Javier Brito (Doc. 67) is **GRANTED in part** and **DENIED in part** as follows: **GRANTED** as to Plaintiff's fraud in insolvency claim (Count VII) which is **DISMISED WITH PREJUDICE** for failure to state a claim, and **DENIED** in all other respects.

**DONE** and **ORDERED** this the **1st day** of **July 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

1  (Docs. 77, 78).  And including the response to the Objections filed by Plaintiff.  (Doc. 86).